1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LONNIE HAYES,

11           Plaintiff,                    No. 2:10-cv-1456 KJN P

12       vs.

13   D. FOSTON, et al.,

14           Defendants.                   ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or

18   paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the

19   opportunity either to submit the appropriate affidavit in support of a request to proceed in forma

20   pauperis or to submit the appropriate filing fee.

21           In accordance with the above, IT IS HEREBY ORDERED that:

22           1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23   in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24   Court, or the appropriate filing fee.  Plaintiff's failure to comply with this order may result in the

25   dismissal of this action; and

26   ////

1        2. The Clerk of the Court is directed to send plaintiff a new Application to

2   Proceed In Forma Pauperis By a Prisoner.

3   DATED:  June 22, 2010

4

5

6   _____
    KENDALL J. NEWMAN

7   UNITED STATES MAGISTRATE JUDGE

8   haye1456.3a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8          Plaintiff,                    No. 2:#cv-

9       vs.

10                                        SUBMISSION OF

11        Defendants.                     IFP or FILING FEE

12 _____/

13        Plaintiff hereby submits the following document in compliance with the court's

14 order filed _____:

15        _____        IFP affidavit

16        _____        The appropriate filing fee

17 DATED:

18

19                                _____

20                                Plaintiff

21

22

23

24

25

26

3